UNITED STATED DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MODIS, INC.<br>      Plaintiff,<br><br>V.<br><br>TRISHA BARDELLI, ET AL.<br>      Defendants. | CASE NO. 3:07-CV-01638 (WWE)<br><br><br>DECEMBER 28, 2007 |

## DEFENDANTS' MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Trisha Bardelli and Edge Technology Services, Inc. ("Defendants") hereby move for the dismissal of Counts One, Five, Six, Eight and Nine of the operative Complaint in the above-captioned matter on the grounds that they fail to state claims upon which relief may be granted. Further, because Count Nine is the only count directed toward Edge Technology Services, Inc., said Defendant should be dismissed as a defendant in this matter. A memorandum of law in support hereof is submitted herewith.

                            DEFENDANTS TRISHA BARDELLI and
                            EDGE TECHNOLOGY SERVICES, INC.

                            By:   *s/ Rowena A. Moffett*
                                  Rowena A. Moffett, Esq. (ct19811)
                                  BRENNER, SALTZMAN & WALLMAN LLP
                                  Their Attorneys
                                  271 Whitney Avenue
                                  New Haven, Connecticut 06511
                                  Phone: (203) 772-2600
                                  Fax: (203) 562-2098
                                  Email: rmoffett@bswlaw.com

**ORAL ARGUMENT REQUESTED**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 28, 2007, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.

                                           *s/ Rowena A. Moffett*
                                           Rowena A. Moffett